IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ANTHONY EDWARDS,<br><br>                Petitioner,<br><br>v.<br><br>SUPERINTENDENT<br>JEROME WALSH, et al.,<br><br>                Respondents. | CIVIL ACTION<br>NO. 13-1010 |

## ORDER

**AND NOW**, this 9th day of July 2015, upon consideration of Petitioner's Motion for 60(b)(6) Relief (Doc. No. 32), Respondent's Response in Opposition (Doc. No. 37), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion (Doc. No. 32) is **DENIED**. A certificate of appealability will not issue because reasonable jurists would not debate the propriety of the Court's ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000). The Clerk of Court shall close the above-captioned case.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.